**Fill in this information to identify the case:**

Debtor name: **VMR Contractors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **22-14211**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Old National Bank - Bank balance was negative with multiple checks outstanding. Approximately negative $67,000.** | **Checking** | **9253** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 41,747.88 | - | 0.00 | = .... | $41,747.88 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor  **VMR Contractors, Inc.**  Case number *(If known)* **22-14211**
Name

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,380,379.08** | - | 0.00 | = .... | $1,380,379.08 |
| 11a. 90 days old or less: | **300,000.00** | - | 0.00 | = .... | $300,000.00 |
| 11a. 90 days old or less: | **127,435.97** | - | 0.00 | = .... | $127,435.97 |
| 11a. 90 days old or less: | **32,963.00** | - | 0.00 | = .... | $32,963.00 |
| 11a. 90 days old or less: | **189,040.50** | - | 0.00 | = .... | $189,040.50 |
| 11a. 90 days old or less: | **363,350.00** | - | 0.00 | = .... | $363,350.00 |
| 11a. 90 days old or less: | **79,724.80** | - | 0.00 | = .... | $79,724.80 |

12. **Total of Part 3.**   $2,514,641.23

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

| Debtor | **VMR Contractors, Inc.** | Case number (If known) **22-14211** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Steel Rebar at Dixie Highway over Dixie Creek Culbert - Project No. 62H26.** | $0.00 | | $65,000.00 |
| **Steel Rebar at Nettle Creek Aqueduct - I&M Canal - Gebhard Woods State Park.** | $0.00 | | $172,000.00 |
| **Steel rebar at Farnsworth Avenue over Indian Creek - Project No. 61H40.** | $0.00 | | $131,000.00 |
| **Steel rebard at I-294 Plaza 39-75th Street, Project No. I-20-4518.** | $0.00 | | $16,000.00 |
| **Steel rebar at CTA RPM Project.** | $0.00 | | $283,000.00 |

23. **Total of Part 5.**  $667,000.00

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor **VMR Contractors, Inc.** Case number (If known) **22-14211**
Name

| | | |
|---|---|---|
| 3 desks, 2 planning tables, 5 filing cabinets, microwave, refridgerator, dining table and 6 chairs, 3 desk chairs, small couch. | $0.00 | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    Two computers, HP laptop, printer.  $0.00  Unknown

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                     $0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2015 F150 Truck | $0.00 | | $15,000.00 |
| 47.2. 2013 Chevrolet Equinox | $0.00 | | $7,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    3 partner saws, 8 tie guns.   $0.00       $6,400.00

51. **Total of Part 8.**                                                                                    $28,400.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

| Debtor | VMR Contractors, Inc. | Case number (If known) | 22-14211 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | VMR Contractors, Inc. | Case number (If known) | 22-14211 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,514,641.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $667,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,210,041.23 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,210,041.23 |

**Fill in this information to identify the case:**

Debtor name: **VMR Contractors, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **22-14211**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* — **Amount of claim** — Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

---

**2.1 Illinois Department of Revenue**
Creditor's Name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**in excess of $150,000**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**
Column B: **$0.00**

---

**2.2 IRS**
Creditor's Name

**Department of the Treasury
Cincinnati, OH 45999-0039**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**8370**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Estimated Amount - TDB**

Describe the lien
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$1,500,000.00**
Column B: **Unknown**

---

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 3

| Debtor | **VMR Contractors, Inc.** | Case number (if known) | **22-14211** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3** **Old National Bank**
Creditor's Name

**3800 Rock Creek Blvd.**
**Joliet, IL 60431**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8100**

**Describe debtor's property that is subject to a lien**                               **$130,663.64**       **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.4** **SOUTHWIND INDUSTRIES, INC.**
Creditor's Name

**2250 Southwin Blvd.**
**Bartlett, IL 60103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                               **$243,000.00**       **Unknown**
**All assets.**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,873,663.64** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **VMR Contractors, Inc.**                                   Case number (if known)   **22-14211**
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **IRS - PJ Chyler**<br>**5100 River Road**<br>**Stop 506**<br>**Schiller Park, IL 60176** | Line __2.2__ | **8370** |
| **Old National Bank**<br>**PO Box 3606**<br>**Evansville, IN 47735** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name: **VMR Contractors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 22-14211

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

**2.1**    Priority creditor's name and mailing address
**Illinois Department of Emp Sec**
**Collections Section**
**33 S State Street 10th Floor**
**Chicago, IL 60603-2802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:
**At least $49,082.90 as of June 2022**
**Estimated Amount - Final TBD**

Last 4 digits of account number **Amount presently undetermined**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

---

**2.2**    Priority creditor's name and mailing address
**Illinois Department of Labor**
**160 N. LaSalle, Suite C-1300**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Amount presently undetermined**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

| Debtor | VMR Contractors, Inc. | Case number (if known) | 22-14211 |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
**Illinois Department of Revenue**
**101 West Jefferson Street**
**PO Box 19015**
**Springfield, IL 62794-9015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred
**in excess of $150,000**

Basis for the claim:

Last 4 digits of account number **Amount presently undetermined**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### 2.4

**Priority creditor's name and mailing address**
**IRS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,500,000.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Estimated - Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

### 2.5

**Priority creditor's name and mailing address**
**Kesha Marshall**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$8,110.15**     **Unknown**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

### 2.6

**Priority creditor's name and mailing address**
**Local Union No. 444**
**2082 Oak Leaf Street**
**Joliet, IL 60436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$46,562.25**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Estimated Amount - TBD**
**Union benefits**

Last 4 digits of account number **Amount presently undetermined**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **VMR Contractors, Inc.** | Case number (if known) | 22-14211 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Structural Ironworkers Local No. 1**<br>**7720 Industrial Drive**<br>**Forest Park, IL 60130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $138,575.79 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Union benefits** | | |
| | Last 4 digits of account number **Amount presently undetermined** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.8 | Priority creditor's name and mailing address<br>**Structural Ironworkers Local No. 1**<br>**7720 Industrial Drive**<br>**Forest Park, IL 60130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69,565.62 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Estimated Amount - Final TBD** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.9 | Priority creditor's name and mailing address<br>**Vince Roberson**<br>**3808 Streamwood Drive**<br>**Hazel Crest, IL 60429** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $300,000.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABC Coating Co of Illinois Inc**<br>**1160 Boudreau Rd**<br>**Manteno, IL 60950** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $120,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Estimated Amount - final TBD** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | VMR Contractors, Inc. | Case number (if known) | 22-14211 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Fifth Third Bank**<br>**P.O. Box 740789**<br>**Cincinnati, OH 45274-0789**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated Amount - final TBD**<br>Is the claim subject to offset? ■ No ☐ Yes | $9,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ford Motor Credit Company**<br>**PO Box 5500**<br>**Dept. 194101**<br>**Detroit, MI 48255**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $12,097.39 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**HD Supply White Cap**<br>**3470 Mound Rd**<br>**Joliet, IL 60436**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated Amount - final TBD**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,000.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Monterey Financial Services**<br>**4095 Avenida De La Plata**<br>**Oceanside, CA 92056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated amount - final TBD**<br>Is the claim subject to offset? ■ No ☐ Yes | $9,503.85 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**New Supplies Company**<br>**PO Box 409**<br>**Griffith, IN 46319**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $10,227.67 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Raython Bailey Rite Way Auto Servic**<br>**16710 Richmond Ave.**<br>**Suite 6**<br>**Hazel Crest, IL 60429**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated Amount - final TBD**<br>Is the claim subject to offset? ■ No ☐ Yes | $150,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Victor Roberson**<br>**17947 Edwards Ave**<br>**Country Club Hills, IL 60478**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated amount - final TBD**<br>**Loans from brother.**<br>Is the claim subject to offset? ■ No ☐ Yes | $250,000.00 |

| Debtor | **VMR Contractors, Inc.** | Case number (if known) | **22-14211** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Vince Roberson<br>3808 Streamwood Drive<br>Hazel Crest, IL 60429<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated Amount - TBD**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$200,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Vince Roberson Jr.<br>7 East Carriageway Drive<br>Hazel Crest, IL 60429<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$10,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>WD3 Associates<br>15810 Suntone Drive<br>South Holland, IL 60473<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated Amount - Final TBD Steel**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$200,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Z Builders Supply Co., Inc.<br>PO Box 1005<br>Northbrook, IL 60065-1005<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Estimated Amount - final TBD Supplier**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$60,000.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | Line **2.3**<br><br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 2,062,813.81 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,035,828.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 3,098,642.72 |

**Fill in this information to identify the case:**

Debtor name: **VMR Contractors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **22-14211**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Illinois Department of Transportation - Dixie Highway over Dixie Creek Culbert - Project No. 62H26 - $79,724.80 balance** | |
| | State the term remaining | **2 months** | D. Construction, Inc.<br>1488 S. Broadway<br>Coal City, IL 60416 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Development Board - Nettle Creek Aqueduct - I&M Canal - Gebhard Woods State Park - $363,350 balance** | |
| | State the term remaining | **12 months** | D. Construction, Inc.<br>1488 S. Broadway<br>Coal City, IL 60416 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Illinois Department of Transportation - Farnsworth Avenue over Indian Creek - Project No. 61H40 - $189,040.50 balance** | |
| | State the term remaining | **12 months** | D. Construction, Inc.<br>1488 S. Broadway<br>Coal City, IL 60416 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Illinois Department of Transportation - Route 1 over Deer Creek - Project No. 62D49 - $32,963.00 balance** | |
| | State the term remaining | **2 months** | D. Construction, Inc.<br>1488 S. Broadway<br>Coal City, IL 60416 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 2

| Debtor 1 | **VMR Contractors, Inc.** | | Case number *(if known)* | **22-14211** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Illinois State Toll Highway Authority - Project No. I-20-4517 I-294 Roadway Construction - $127,435.97 balance** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **F.H. Paschen, S.N. Nielsen and Asso** <br> **5515 N. East River Road** <br> **Chicago, IL 60656** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Illinois State Toll Highway Authority - Project No. I-20-4518 I-294 Plaza 39-75th Street - $300,000.00 balance** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Walsh Construction Company II, LLC** <br> **929 W. Adams St.** <br> **Chicago, IL 60607** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **CTA RPM Project - $1,380,379.08 balance** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Walsh-Fluor Design Build Team** <br> **929 W. Adams St.** <br> **Chicago, IL 60607** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **VMR Contractors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **22-14211**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Victor Roberson | | SOUTHWIND INDUSTRIES, INC. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Vincent Roberson | | SOUTHWIND INDUSTRIES, INC. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name: **VMR Contractors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **22-14211**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 5, 2023**       X _/s/ Vincent Roberson_
Signature of individual signing on behalf of debtor

**Vincent Roberson**
Printed name

**President**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors